Craig S. Denney
CA Bar No. 244692
SNELL & WILMER LLP
6100 Neil Road #555
Reno, Nevada 89511
(775) 829-6000
cdenney@swlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:11-CR-00429-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY EDWARD KUWATA, | ) | |
| SCOTT HAMILTON DURHAN, | ) | |
| CHRISTOPHER WARREN MACQUEEN, | ) | |
| DOUGLAS ARTHUR JOHNSON, and | ) | |
| WILLIAM WEYGANDT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and through CRAIG S. DENNEY, counsel for Defendant WILLIAM WEYGANDT, and KYLE REARDON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA; that the arraignment hearing set for October 30, 2012 at 2:00 p.m., be continued to November 9, 2012 at 2:00 p.m.

The continuance is necessary due to a scheduling conflict for defendant's counsel.

DATED this 26th day of October, 2012

/s/Kyle Reardon
KYLE REARDON
Assistant United States Attorney

/s/ Craig S. Denney
CRAIG S. DENNEY
Counsel for WILLIAM WEYGANDT,
Defendant

16052735.1

# **ORDER**

IT IS HEREBY ORDERED that the arraignment hearing set for October 30, 2012 at 2:00 p.m., be continued to November 9, 2012 at 2:00 p.m., before Magistrate Judge Gregory G. Hollows.

Dated: October 29, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Weygandt0429.stipord.

Respectfully submitted by:

*/s/ Craig S. Denney*
Craig S. Denney
CA Bar No. 244692
SNELL & WILMER LLP
6100 Neil Road #555
Reno, Nevada  89511

**Snell & Wilmer**
— L.L.P. —
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 2 -

16052735.1