

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** | **PRO HAC VICE APPLICATION,**<br>**ECF REGISTRATION AND CONSENT**<br>**TO ELECTRONIC SERVICE,**<br>**PROPOSED ORDER** |

United States of America

        Plaintiff(s),    Case No.  2:11-CR-0429 JAM

v.

William Hugh Weygandt, *et al.*

        Defendant(s).

  I, _____Matthew James Clark_____,

attorney for_____William Hugh Weygandt_____ ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

  My business address is:

Firm Name:  ___Dombroff Gilmore Jaques & French P.C._____

Address:  ___1676 International Drive, Penthouse_____

_____

City:  ___McLean_____

State:  ___Virginia_____ ZIP Code: __22102_____

Voice Phone: (703)_336-8714_____

FAX Phone: (703)_336-8750_____

Internet E-mail:

    mclark@dglitigators.com

Additional E-mail:    mjc3022@gmail.com

I reside in City:    Herndon    State:    Virginia

I was admitted to practice in the __Virginia Supreme Court_____

on __October 14, 2011, and the United States District Court for the Eastern District of Virginia

on April 27, 2012__.  I am presently in good standing and eligible to practice in said courts.  A

certificate of good standing from the court in my state of primary practice is attached to this

application. I am not currently suspended or disbarred in any other court.

I have ⭕ / have not ❌ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

___N/A_____

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name: _____Craig S. Denney_____

Firm Name: _____Snell & Wilmer L.L.P._____

Address: _____50 W. Liberty St., Suite 510_____

City: _____Reno_____

State: ___Nevada_____   ZIP Code: _89501_____

Voice Phone: (775) 785-5440_____

FAX Phone: (775) 785-5441_____

E-mail:

  cdenney@swlaw.com

Dated:  November 29, 2012       Petitioner: _____

**ORDER**

       IT IS SO ORDERED.

Dated:  12/6/2012                                                                  /s/ John A. Mendez_____
                                                                                                                  JUDGE, U.S. DISTRICT COURT