

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

United States of America,
        Plaintiff(s),

        Case No. 2:11-cr-00429-JAM

v.

William Hugh Weygandt, et al.,
        Defendant(s).

I, __Justin R. Cochran,__ attorney for __William Hugh Weygandt,__ hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Snell & Wilmer L.L.P. |
| Address: | 3883 Howard Hughes Parkway, Suite 1100 |
| City: | Las Vegas |
| State: | NV    ZIP Code: 89169 |
| Voice Phone: | (702) 784-5200 |
| FAX Phone: | (702) 784-5252 |
| Internet E-mail: | jcochran@swlaw.com |
| Additional E-mail: | mawilliams@swlaw.com |
| I reside in City: | Las Vegas    State: Nevada |

I was admitted to practice in the Supreme Court of Nevada on 10/7/2010; U.S. District Court, District of Nevada 11/3/2010; 9TH Cir. Court of Appeals 10/29/2010. I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of  primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have o / have not ý concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) N/A.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Craig S. Denney, Esq.

Firm Name:   Snell & Wilmer L.L.P.

Address:     50 W. Liberty St., Suite 510

City:        Reno

State:       NV            ZIP Code: 89501

Voice Phone: (775) 785-5440

FAX Phone:   (775) 785-5441

E-mail:      cdenney@swlaw.com

Dated: December 6, 2012        Petitioner: _____

15963070

**ORDER**

IT IS SO ORDERED.

Dated:  12/6/2012                                              /s/ John A. Mendez_____
                                                                              JUDGE, U.S. DISTRICT COURT

15963070