CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5400
Facsimile: 775-785-5401
Email: cdenney@swlaw.com
       jcochran@swlaw.com

MARK A. DOMBROFF, ESQ.
(Admitted *Pro Hac Vice*)
MATTHEW J. CLARK, ESQ.
(Admitted *Pro Hac Vice*)
DOMBROFF GILMORE JAQUES & FRENCH
1676 International Drive - Penthouse
Mclean, Virginia 22102
Telephone: 703-336-8714
Facsimile: 703-336-8750
Email: mdombroff@dglitigators.com
       mclark@dglitigators.com

*Attorneys for Defendant William Hugh Weygandt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT; JERRY EDWARD KUWATA; SCOTT HAMILTON DURHAM; CHRISTOPHER WARREN MACQUEEN; and DOUGLAS ARTHUR JOHNSON,<br><br>               Defendants. | Case No. 2:11-cr-00429-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT WILLIAM WEYGANDT'S MOTION TO COMPEL PRODUCTION OF EXCULPATORY AND IMPEACHMENT EVIDENCE** |

Plaintiff, the United States of America and Defendant William Weygandt, by and through their respective counsel, hereby stipulate that the hearing on Defendant William Weygandt's Motion to Compel Production of Exculpatory and Impeachment Evidence, currently scheduled

16342792

1  for January 3, 2013 at 2:00 p.m. before a U.S. Magistrate Judge, shall be continued to January 10,

2  2013 at 2:00 p.m., or as soon as the matter may be heard before a U.S. Magistrate Judge.

3  Dated: December 21, 2012.                         Dated: December 21, 2012.

4  BENJAMIN B. WAGNER                                SNELL & WILMER L.L.P.
   United States Attorney

6  */s/ Kyle Reardon*                                */s/ Craig S. Denney*
   KYLE REARDON                                      CRAIG S. DENNEY
7  Assistant United States Attorney                  California Bar No. 244692
   United States Attorney's Office                   JUSTIN R. COCHRAN, ESQ.
8  Eastern District of California                    (Admitted *Pro Hac Vice*)
   500 I Street, Suite 10-100                        50 West Liberty, Suite 510
9  Sacramento, CA 95814                              Reno, Nevada  89501

10                                                   DOMBROFF GILMORE JAQUES &
                                                     FRENCH
11                                                   MARK A. DOMBROFF, ESQ.
                                                     (Admitted *Pro Hac Vice*)
12                                                   MATTHEW J. CLARK, ESQ.
                                                     (Admitted *Pro Hac Vice*)
13                                                   1676 International Drive - Penthouse
                                                     Mclean, Virginia 22102
14                                                   *Attorneys for Defendant William Hugh
                                                     Weygandt*

Snell & Wilmer L.L.P.
LAW OFFICES
50 W. Liberty Street, #510
Reno, Nevada 89501
775-829-6000

16342792

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT; JERRY EDWARD KUWATA; SCOTT HAMILTON DURHAM; CHRISTOPHER WARREN MACQUEEN; and DOUGLAS ARTHUR JOHNSON,<br><br>          Defendants. | Case No. 2:11-cr-00429-JAM<br><br>**ORDER TO CONTINUE HEARING ON DEFENDANT WILLIAM WEYGANDT'S MOTION TO COMPEL PRODUCTION OF EXCULPATORY AND IMPEACHMENT EVIDENCE** |

The parties' stipulation is approved and so ordered. The hearing on Defendant William Weygandt's Motion to Compel Production of Exculpatory and Impeachment Evidence is CONTINUED to January 10, 2013 at 2:00 p.m. before a Magistrate Judge.

Dated: December 26, 2012

_____
UNITED STATES MAGISTRATE JUDGE

16342792