BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:11-CR-00429 JAM |
| ) | |
| Plaintiff, ) | GOVERNMENT MOTION TO VACATE |
| ) | JANUARY 8, 2013, HEARING DATE FOR |
| v. ) | DEFENDANT'S MOTION TO SEVER, |
| ) | AND ORDER |
| WILLIAM HUGH WEYGANDT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through the undersigned attorney, hereby files this motion to vacate the January 8, 2013, hearing date for the defendant's motion to sever.  C.R. 91.

On October 10, 2012, the Grand Jury returned a superseding indictment charging the defendant with Conspiracy to Commit Fraud Involving Aircraft Parts in violation of 18 U.S.C. § 38(a) and (b)(1).  C.R. 64.  The defendant was arraigned on November 9, 2012.  C.R. 88.

The defendant made his initial appearance with his codefendants before the Court

on November 13, 2012. C.R. 89. At that time, a briefing schedule for all as yet unfiled pretrial motions was agreed to by the parties and approved by the Court.[1] Under that schedule, all defense motions were to be filed no later than January 8, 2013; responses from the United States were due no later than January 22, 2013; and surreplies were to be filed by January 29, 2013. Id. A hearing on any motions was set for February 12, 2013. Id. This briefing schedule modified Local Rule 430.1.

On December 5, 2012, the defendant filed a Notice of Motion and Motion to Sever and Memorandum in Support of Motion for Severance of Trial and Conspiracy Charge. C.R. 91. Contrary to the Court's order, this motion was noticed for hearing on January 8, 2013. The United States was not consulted about this date and did not agree to advance the motion dates previously ordered.

Accordingly, the United States moves for an order vacating the current motion hearing date of January 8, 2013. The United States opposes the defendant's motion and intends to file its response no later than January 22, 2013.

Dated: January 3, 2013                    Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:
                                           /s/ Kyle Reardon
                                          KYLE REARDON
                                          Assistant U.S. Attorney

---

[1] Several pretrial motions were filed by codefendants prior to the reassignment of this case from Judge Mueller. A separate briefing schedule was established for those motions.

2

Govt. Mot. to Vacate Hearing Date
United States v. Weygandt et al.
2:11-CR-00429-JAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| WILLIAM HUGH WEYGANDT, | ) | |
| Defendant. | ) | |

The motion hearing set for January 8, 2013, is vacated. The United States' response to the defendant's motion to sever shall be filed no later than January 22, 2013. The defendant's reply shall be filed no later than January 29, 2013. A hearing on the motion shall be held on February 12, 2013 at 1:30 P.M.

Dated: 1/3/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge