| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>    Defendant. | Case No. 2:11-cr-00429-JAM<br><br>**ORDER TO CONTINUE TRIAL**<br><br>**AND STATUS CONFERENCE** |

The parties' stipulation is approved and so,

IT IS HEREBY ORDERED that time from July 29, 2013 to October 15, 2013, the new trial date, is excluded in computing the time within which the trial in the above-captioned case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (iv) for the above-stated reasons, including without limitation that the ends of justice would best be served by this continuance of the trial date.  The additional time is also excludable under Title 18, United States Code, Sections 3161(h)(1)(D).

IT IS FURTHER ORDERED that the trial currently scheduled for July 29, 2013, at the hour of 9:00 a.m., be vacated and continued to October 15, 2013 at the hour of 9:00 a.m. with trial status hearing currently scheduled for June 25, 2013 to be continued until September 17, 2013.

The Court finds the need for this continuance outweighs the defendant's and the public's right to a speedy trial.

**IT IS SO ORDERED** this 14TH day of June, 2013.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE