CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: cdenney@swlaw.com
       jcochran@swlaw.com

MARK A. DOMBROFF, ESQ.
(Admitted *Pro Hac Vice*)
MATTHEW J. CLARK, ESQ.
(Admitted *Pro Hac Vice*)
MCKENNA LONG & ALDRIDGE L.L.P.
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone: 703-333-8800
Facsimile: 703-336-8750
Email: mdombroff@mckennalong.com
       mclark@mckennalong.com

Attorneys for Defendant William Hugh Weygandt

FILED
10/18/2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>Defendant. | Case No. 2:11-cr-00429-JAM |

### STIPULATION AND ORDER RE ADMISSION OF CERTAIN EXHIBITS

Defendant William Weygandt through undersigned counsel and the government of the United States, through its undersigned representative, hereby agree that all objections to the admissibility of exhibits contained in Exhibit A (attached hereto), including objections on the grounds authenticity, hearsay, double hearsay, lack of foundation, relevance, and other grounds,

1  shall be deemed overruled and the exhibits identified in Exhibit A shall be admitted, with such
2  objections going to the weight to be accorded the evidence, rather than to its admissibility.

4  Dated this 18 day of October, 2013.          Dated this 18 day of October, 2013

5  **UNITED STATES OF AMERICA**                 **SNELL & WILMER L.L.P.**

   /s/ Kyle R.
   BENJAMIN B. WAGNER                           CRAIG S. DENNEY, ESQ.
   United States Attorney                       California Bar No. 244692
   KYLE REARDON                                 JUSTIN R. COCHRAN, ESQ.
   MICHELE BECKWITH                             (Admitted *Pro Hac Vice*)
   Assistant United States Attorney             50 West Liberty, Suite 510
   501 I Street, Suite 10-100                   Reno, Nevada 89501
   Sacramento, CA 95814
   Telephone: (916) 554-2700                    MCKENNA LONG & ALDRIDGE L.L.P.
   Facsimile: (916) 554-2900                    MARK A. DOMBROFF, ESQ.
                                                (Admitted *Pro Hac Vice*)
                                                MATTHEW J. CLARK, ESQ.
   *Attorneys for Plaintiff*                    (Admitted *Pro Hac Vice*)
   *United States of America*                   1676 International Drive - Penthouse
                                                McLean, Virginia 22102

                                                *Attorneys for Defendant William Hugh
                                                Weygandt*

                        **ORDER**

18  IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE
                                                DATED: October 18, 2013

22  18058099

Exhibit A

| No. | Description |
|---|---|
| A1 | 1/22/03 FAA Inspection |
| A2 | 1/25/99 FAA Inspection |
| A3 | 2/7/03 FAA Inspection |
| A4 | 2/21/07 FAA Inspection |
| A5 | 2/22/05 FAA Inspection |
| A6 | 2/22/07 FAA Inspection |
| A7 | 3/5/03 FAA Inspection |
| A8 | 3/9/07 FAA Inspection |
| A9 | 3/22/05 FAA Inspection |
| A10 | 4/18/01 FAA Inspection |
| A11 | 5/11/01 FAA Inspection |
| A12 | 5/17/06 FAA Inspection |
| A13 | 5/23/02 FAA Inspection |
| A14 | 6/24/02 FAA Inspection |
| A15 | 7/6/05 FAA Inspection |
| A16 | 11/7/06 FAA Inspection |
| A17 | 11/14/00 FAA Inspection |
| A18 | 11/23/99 FAA Inspection |
| A19 | 12/10/98 FAA Inspection |
| A20 | 12/15/06 FAA Inspection |
| A21 | 12/21/05 FAA Inspection |
| A22 | 12/30/98 FAA Inspection |
| A23 | 5/23/07 FAA Inspection |
| A24 | 6/10/99 FAA Inspection |
| A25 | 8/30/99 FAA Inspection |
| A26 | 7/8/04 FAA Inspection |
| A27 | 6/24/04 FAA Inspection |
| A28 | 1/12/05 FAA Inspection |
| A29 | 8/8/02 FAA Inspection |
| A30 | 9/26/02 FAA Inspection |
| A31 | 12/19/02 FAA Inspection |
| A32 | 1/9/03 FAA Inspection |
| A33 | 9/16/99 FAA Inspection |
| A34 | 11/9/99 FAA Inspection |
| A35 | 10/23/01 FAA Inspection |
| A36 | 1/7/02 FAA Inspection |
| A37 | 1/18/02 FAA Inspection |
| A38 | 3/28/02 FAA Inspection |
| A39 | 11/13/06 FAA Inspection |
| A40 | 11/20/06 FAA Inspection |
| A41 | 8/6/07 FAA Inspection |
| A42 | 10/22/07 FAA Inspection |
| A43 | 10/17/07 FAA Inspection |

| | |
|---|---|
| A44 | 10/25/07 FAA Inspection |
| A45 | 12/13/07 FAA Inspection |
| A46 | 12/19/07 FAA Inspection |
| A47 | 1/17/08 FAA Inspection |
| B1 | SPAS NPTRS Abbreviated Record List – 39 records from 7/27/04 – 3/18/08 |
| B2 | SPAS NPTRS Abbreviated Record List – 54 records from 1/18/06 – 3/5/08 |
| B3 | SPAS NPTRS Abbreviated Record List – 22 records from 9/30/04 – 3/18/08 |
| B4 | 7/22/09 NPTRS Query System |
| C1 | 4/11/97 Gulfstream Audit |
| C2 | 8/13/04 Gulfstream Audit |
| C3 | 10/10/99 Gulfstream Audit |
| C4 | 12/5/01 Gulfstream Audit |
| C5 | 8/13/99 Gulfstream Audit |
| C6 | Gulfstream Financial Audit |
| C7 | 8/30/07 Gulfstream Inspection Brief |
| C8 | 9/10/98 WECO Self Audit |
| C9 | 2/21/07 WECO Self Audit |
| C10 | 12/12/07 WECO Self Audit |
| C11 | 1996 CASE Audit Findings |
| C12 | 6/4/06 WECO Self Audit |
| C13 | 7/25/06 WECO Self Audit |
| C14 | 12/15/05 WECO Self Audit |
| C15 | 3/4/05 WECO Self Audit |
| C16 | 10/12/04 WECO Self Audit |
| C17 | 3/24/04 WECO Self Audit |
| C18 | 1/12/00 Corrective Action Request |
| D1 | 1/26/95 American Airlines Audit |
| D2 | CASE Audit Findings from 5/15/96 |
| D3 | 10/12/04 Southwest Airlines Quality Assurance Corrective Action Request |
| D4 | 5/8/96 USAir Inspection |
| D5 | 1/26/99 Era Aviation Audit |
| E1 | 3/20/07 EASA Inspection by Bruce Borden |
| E2 | 2/4/02 JAA Renewal for Weco Aerospace Systems, Inc. |
| E3 | 1/20/03 JAA Renewal Acceptance (JAA 5007) |
| E4 | JAR-145 Acceptance Certificate with expiry date of 2/1/03 |
| E5 | 12/1/05 EASA Renewal for Weco Aerospace Systems, Inc. |
| E6 | 2/05 EASA Part-145 Approval and Certificate EASA.145.5007 |
| E7 | 12/18/06 EASA Renewal for Aircraft WECO, Inc. with EASA Form 9 and Form 16 |
| E8 | 2/05 EASA Renewal Certificate 5008, Form 9 and Form 16 |
| E9 | 11/23/05 CFR Part 145 Repair Station Checklist |
| E11 | 2/05 EASA Part-145 Approval and Certificate EASA.145.5008 |
| E12 | 3-20-07 EASA Inspection Bruce Borden |
| E13 | Continuation and Change of EASA Part-145 approval |

| E14 | EASA Supplement acceptance Letter |
| E15 | GS letters to FAA - EASA re GS Purchase of Weco Feb 26, 2007 |

[#16-21] GOODRICH AUDITS OF WECO