

FILED

OCT 22 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: cdenney@swlaw.com
       jcochran@swlaw.com

MARK A. DOMBROFF, ESQ.
(Admitted *Pro Hac Vice*)
MATTHEW J. CLARK, ESQ.
(Admitted *Pro Hac Vice*)
MCKENNA LONG & ALDRIDGE L.L.P.
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone: 703-333-8800
Facsimile: 703-336-8750
Email: mdombroff@mckennalong.com
       mclark@mckennalong.com

Attorneys for Defendant William Hugh Weygandt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>Defendant. | Case No. 2:11-cr-00429-JAM |

### AMENDED STIPULATION AND ORDER RE ADMISSION OF CERTAIN EXHIBITS

Defendant William Weygandt through undersigned counsel and the government of the United States, through its undersigned representative, hereby agree that all objections to the admissibility of exhibits contained in Exhibit A (attached hereto), including objections on the grounds authenticity, hearsay, double hearsay, lack of foundation, relevance, and other grounds,

1  shall be deemed overruled and the exhibits identified in Exhibit A shall be admitted, with such
2  objections going to the weight to be accorded the evidence, rather than to its admissibility.

Dated this 22 day of October, 2013.    Dated this 22 day of October, 2013

**UNITED STATES OF AMERICA**    SNELL & WILMER L.L.P.

*/s/ Kyle Reardon*

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

*Attorneys for Plaintiff*
*United States of America*

CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
50 West Liberty, Suite 510
Reno, Nevada 89501

MCKENNA LONG & ALDRIDGE L.L.P.
MARK A. DOMBROFF, ESQ.
(Admitted *Pro Hac Vice*)
MATTHEW J. CLARK, ESQ.
(Admitted *Pro Hac Vice*)
1676 International Drive - Penthouse
McLean, Virginia 22102

*Attorneys for Defendant William Hugh Weygandt*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: 10-22-2013, 2013

18058099

- 2 -

| No. | Description |
|---|---|
| A1 | 1/22/03 FAA Inspection |
| A2 | 1/25/99 FAA Inspection |
| A3 | 2/7/03 FAA Inspection |
| A4 | 2/21/07 FAA Inspection |
| A5 | 2/22/05 FAA Inspection |
| A6 | 2/22/07 FAA Inspection |
| A7 | 3/5/03 FAA Inspection |
| A8 | 3/9/07 FAA Inspection |
| A9 | 3/22/05 FAA Inspection |
| A10 | 4/18/01 FAA Inspection |
| A11 | 5/11/01 FAA Inspection |
| A12 | 5/17/06 FAA Inspection |
| A13 | 5/23/02 FAA Inspection |
| A14 | 6/24/02 FAA Inspection |
| A15 | 7/6/05 FAA Inspection |
| A16 | 11/7/06 FAA Inspection |
| A17 | 11/14/00 FAA Inspection |
| A18 | 11/23/99 FAA Inspection |
| A19 | 12/10/98 FAA Inspection |
| A20 | 12/15/06 FAA Inspection |
| A21 | 12/21/05 FAA Inspection |
| A22 | 12/30/98 FAA Inspection |
| A23 | 5/23/07 FAA Inspection |
| A24 | 6/10/99 FAA Inspection |
| A25 | 8/30/99 FAA Inspection |
| A26 | 7/8/04 FAA Inspection |
| A27 | 6/24/04 FAA Inspection |
| A28 | 1/12/05 FAA Inspection |
| A29 | 8/8/02 FAA Inspection |
| A30 | 9/26/02 FAA Inspection |
| A31 | 12/19/02 FAA Inspection |
| A32 | 1/9/03 FAA Inspection |
| A33 | 9/16/99 FAA Inspection |
| A34 | 11/9/99 FAA Inspection |
| A35 | 10/23/01 FAA Inspection |
| A36 | 1/7/02 FAA Inspection |
| A37 | 1/18/02 FAA Inspection |
| A38 | 3/28/02 FAA Inspection |
| A39 | 11/13/06 FAA Inspection |
| A40 | 11/20/06 FAA Inspection |
| A41 | 8/6/07 FAA Inspection |
| A42 | 10/22/07 FAA Inspection |
| A43 | 10/17/07 FAA Inspection |
| A44 | 10/25/07 FAA Inspection |

| A45 | 12/13/07 FAA Inspection |
|---|---|
| A46 | 12/19/07 FAA Inspection |
| A47 | 1/17/08 FAA Inspection |
| B1 | SPAS NPTRS Abbreviated Record List – 39 records from 7/27/04 – 3/18/08 |
| B2 | SPAS NPTRS Abbreviated Record List – 54 records from 1/18/06 – 3/5/08 |
| B3 | SPAS NPTRS Abbreviated Record List – 22 records from 9/30/04 – 3/18/08 |
| B4 | 7/22/09 NPTRS Query System |
| C1.1 | 1997 Gulfstream Audit |
| C2.1 | 2001 Gulfstream Audit |
| C5 | 1999 Gulfstream Audit |
| C6 | Gulfstream Financial Audit |
| C7 | 8/30/07 Gulfstream Inspection Brief |
| C8 | 9/10/98 WECO Self Audit |
| C9 | 2/21/07 WECO Self Audit |
| C10 | 12/12/07 WECO Self Audit |
| C11 | 1996 CASE Audit Findings |
| C12 | 6/4/06 WECO Self Audit |
| C13 | 7/25/06 WECO Self Audit |
| C14 | 12/15/05 WECO Self Audit |
| C15 | 3/4/05 WECO Self Audit |
| C16 | 10/12/04 WECO Self Audit |
| C17 | 3/24/04 WECO Self Audit |
| C18 | 1/12/00 Corrective Action Request |
| C19 | 2/28/08 Goodrich Audit |
| C20 | 10/11/06 Goodrich Audit |
| C21 | 9/26/03 Goodrich Audit |
| C22 | 3/17/93 Lucas Audit |
| C23 | Huffman Email dated, 1/04/07 |
| C24 | 9/23/97 Lucas Trip Report Audit |
| D1 | 1/26/95 American Airlines Audit |
| D2 | CASE Audit Findings from 5/15/96 |
| D3 | 10/12/04 Southwest Airlines Quality Assurance Corrective Action Request |
| D4 | 5/8/96 USAir Inspection |
| D5 | 1/26/99 Era Aviation Audit |
| E1 | 3/20/07 EASA Inspection by Bruce Borden |
| E2 | 2/4/02 JAA Renewal for Weco Aerospace Systems, Inc. |
| E3 | 1/20/03 JAA Renewal Acceptance (JAA 5007) |
| E4 | JAR-145 Acceptance Certificate with expiry date of 2/1/03 |
| E5 | 12/1/05 EASA Renewal for Weco Aerospace Systems, Inc. |
| E6 | 2/05 EASA Part-145 Approval and Certificate EASA.145.5007 |
| E7 | 12/18/06 EASA Renewal for Aircraft WECO, Inc. with EASA Form 9 and Form 16 |
| E8 | 2/05 EASA Renewal Certificate 5008, Form 9 and Form 16 |

| E9  | 11/23/05 CFR Part 145 Repair Station Checklist |
|-----|-------------------------------------------------|
| E11 | 2/05 EASA Part-145 Approval and Certificate EASA.145.5008 |
| E12 | 3-20-07 EASA Inspection Bruce Borden |
| E13 | Continuation and Change of EASA Part-145 approval |
| E14 | EASA Supplement acceptance Letter |
| E15 | GS letters to FAA - EASA re GS Purchase of Weco Feb 26, 2007 |