CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: cdenney@swlaw.com
       jcochran@swlaw.com

MARK A. DOMBROFF, ESQ.
(Admitted *Pro Hac Vice*)
MATTHEW J. CLARK, ESQ.
(Admitted *Pro Hac Vice*)
MCKENNA LONG & ALDRIDGE L.L.P.
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone: 703-333-8800
Facsimile: 703-336-8750
Email: mdombroff@mckennalong.com
       mclark@mckennalong.com

*Attorneys for Defendant William Hugh Weygandt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>             Defendant. | Case No. 2:11-cr-00429-JAM |

**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE RULE 33 MOTION**

Defendant William Weygandt through undersigned counsel and the government of the United States, through its undersigned representative, hereby agree that with the Rule 29 Motion being fully briefed and awaiting oral argument and/or decision, it is prudent to delay the filing of a Rule 33 Motion.  Accordingly, the Parties agree that if the Court denies the Rule 29 Motion,

Mr. Weygandt shall have 14 days from the date the Court enters its denial on the Rule 29 Motion to file a Motion for New Trial pursuant to Rule 33.

Dated this 14th day of November, 2013.            Dated this 14th day of November, 2013

**UNITED STATES OF AMERICA**                              **SNELL & WILMER L.L.P.**


/s/ Kyle Reardon                                          */s/ Justin R. Cochran*
BENJAMIN B. WAGNER                                        CRAIG S. DENNEY, ESQ.
United States Attorney                                    California Bar No. 244692
KYLE REARDON                                              JUSTIN R. COCHRAN, ESQ.
MICHELE BECKWITH                                          (Admitted *Pro Hac Vice*)
Assistant United States Attorney                          50 West Liberty, Suite 510
501 I Street, Suite 10-100                                Reno, Nevada  89501
Sacramento, CA 95814
Telephone: (916) 554-2700                                 MCKENNA LONG & ALDRIDGE L.L.P.
Facsimile: (916) 554-2900                                 MARK A. DOMBROFF, ESQ.
                                                          (Admitted *Pro Hac Vice*)
                                                          MATTHEW J. CLARK, ESQ.
*Attorneys for Plaintiff*                                 (Admitted *Pro Hac Vice*)
*United States of America*                                1676 International Drive - Penthouse
                                                          McLean, Virginia 22102

                                                          *Attorneys for Defendant William Hugh Weygandt*

### ORDER

IT IS SO ORDERED

DATED: 11/14/2013

/s/ John A. Mendez

John A. Mendez

United States District Court Judge