BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM HUGH WEYGANDT,<br><br>　　　　　Defendant. | CASE NO.  2:11-CR-00429 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING, AND SETTING DATES FOR DEFENDANT'S RULE 33 MOTION** |

　　　The defendant was convicted on November 4, 2013, of violating 18 U.S.C. § 38, Conspiracy to Commit Fraud Involving Aircraft Parts in Interstate and Foreign Commerce.  C.R. 254.  The date for judgment and sentencing was set for February 18, 2014. Id.

　　　On January 6, 2014, the defendant filed his motion for a new trial pursuant to Federal Rule of Criminal Procedure 33.  C.R. 281.  A motion hearing was set for January 28, 2014. Id.

　　　The parties now ask the Court to vacate the motion hearing date and the sentencing date.  The parties ask that the motion hearing date be set for February 18, 2014.  At that time, and after consultation with the United States Probation Office, the

1 parties will ask for a new sentencing date from the Court.

2 In addition, the parties hereby stipulate that the government's reply to the defendant's motion for a new trial shall be filed no later than February 4, 2014. Defendant's surreply (if any) shall be filed no later than February 11, 2014.

The reason for continuing both the motion hearing and the sentencing is two-fold. First, the additional time is necessary in order to allow the United States to prepare its response to the defendant's Rule 33 motion. Second, the United States Probation Office has not yet completed its presentence report. According to the Probation Officer assigned to the case, preparation of the report has been put on hold pending a ruling on the Rule 33 motion.

Dated: January 23, 2014                Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    */s/ Kyle Reardon*
                                       KYLE REARDON
                                       MICHELE M. BECKWITH
                                       Assistant U.S. Attorneys


Dated: January 23, 2014                */s/ Kyle Reardon* for
                                       CRAIG S. DENNEY
                                       Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM HUGH WEYGANDT,<br><br>    Defendants. | CASE NO.  2:11-CR-00429 JAM<br><br>**ORDER GRANTING PARTIES' STIPULATION** |

For the reasons given, the parties' stipulation is approved and so ordered.  The February 18, 2014 sentencing date is vacated.  The United States' reply to the defendant's Rule 33 motion shall be filed no later than February 4, 2014; any surreply shall be filed no later than February 11, 2014.  A hearing on the Rule 33 motion shall be held February 18, 2014, at 9:45 a.m.

Dated:  January 23, 2014

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge