IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CASE NO.: 2:11-CR-00429-KJM
                                    )
           Plaintiff,              )
                                    )
v.                                  )
                                    )
WILLIAM HUGH WEYGANDT,              )
                                    )
           Defendant.              )
_____)

## ORDER ON STIPULATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the sentencing scheduled for Tuesday, June 17, 2014 shall be rescheduled to July 8, 2014 at 9:45 a.m.  It is also ORDERED that the Parties comply with the following briefing schedule:

| | |
|---|---|
| Proposed Presentence Report: | Complete |
| Informal Objections to the proposed Presentence Report: | May 27, 2014 |
| Presentence Report submitted and filed by Probation: | June 6, 2014 |
| Sentencing Memorandum filed by Defendant and Government: | June 24, 2014 |

NO FURTHER CONTINUANCES WILL BE GRANTED.

DATED: May 12, 2014

                                      /s/ JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440