IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff,  ) | |
| v.  ) | Case No.: 2:11-CR-00429-JAM |
| ) | |
| WILLIAM WEYGANDT,  ) | |
| ) | **ORDER GRANTING LEAVE TO FILE** |
|     Defendant.  ) | **AMICI BRIEF** |
| ) | |

The request for leave to file, Brief of Professors and Practitioners as Amici in Support of Defendant William Weygandt, is granted

IT IS SO ORDERED.

DATED: June 17, 2014

/s/ John A. Mendez_____

John A. Mendez

United States District Court Judge