CRAIG S. DENNEY, ESQ.
California Bar No. 244692
JUSTIN R. COCHRAN, ESQ.
(Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: cdenney@swlaw.com
          jcochran@swlaw.com

COURTNEY J. LINN, ESQ.
California Bar No. 148855
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900
Email: clinn@orrick.com

*Attorneys for Defendant William Hugh Weygandt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>Defendant. | Case No. 2:11-cr-00429-JAM<br><br>**STIPULATION AND ORDER REQUESTING SPECIAL SETTING FOR SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between BENJAMIN B. WAGNER, United States Attorney, and KYLE REARDON, Assistant United States Attorney, counsel for the United States of America, and CRAIG S. DENNEY, and   COURTNEY J. LINN, counsel for defendant WILLIAM HUGH WEYGANDT, that the sentencing hearing in the above-captioned matter, currently scheduled for July 8, 2014, at the hour of 9:30 a.m., be vacated and be reset for a special setting on the afternoon of July 9, 2014.

This stipulation is entered into for the following reasons:

19283743

1. Sentencing in the above case is currently scheduled for July 8, 2014 at 9:30 A.M. on the Court's criminal calendar with other cases.

2. The parties have numerous substantive objections to the Pre-Sentence Report in this case and anticipate presentation of argument, evidence, and witness testimony at the hearing. The parties reasonably anticipate the proceedings will last at least two hours.

3. The Government has no objection to a special setting and both sides are available for a hearing on the afternoon July 9, 2014.

4. The parties request this new hearing date to the extent the Court's calendar permits.

5. The stipulation is not entered into for purposes of delay.

Dated this 27th day of June, 2014.                    Dated this 27th day of June, 2014

 /s/ Kyle Reardon                                     */s/ Craig S. Denney*
BENJAMIN B. WAGNER                                    CRAIG S. DENNEY, ESQ.
United States Attorney                                California Bar No. 244692
KYLE REARDON                                          SNELL & WILMER L.L.P
MICHELE BECKWITH                                      50 West Liberty, Suite 510
Assistant United States Attorneys                     Reno, Nevada  89501
501 I Street, Suite 10-100                            Telephone (775)785-5440
Sacramento, CA 95814                                  Facsimile (775)785-5441
Telephone: (916) 554-2700
Facsimile: (916) 554-2900                             COURTNEY J. LINN, ESQ.
                                                      California Bar No. 148855
                                                      ORRICK, HERRINGTON & SUTCLIFFE
*Attorneys for Plaintiff*                             400 Capitol Mall, Suite 3000
*United States of America*                            Sacramento, CA 95814-4497
                                                      Telephone (916)447-9200
                                                      Facsimile (916)329-4900

                                                      *Attorneys for Defendant William Hugh Weygandt*

## **ORDER**

Sentencing in the above matter is rescheduled for the date of July 8, 2014 at 1:30 P.M.

IT IS SO ORDERED.

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

DATED: 6/27/2014

- 2 -

19283743