IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM HUGH WEYGANDT,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00429-JAM<br><br>**ORDER FOR BRIEFING SCHEDULE FOR MOTION FOR BAIL PENDING APPEAL** |

　　　IT IS HEREBY ORDERED that the defendant will file a motion for bail pending appeal and the following briefing schedule for the motion should be as follows:

　　　Defendants opening brief is due on August 11, 2014;

　　　Government's Answer is due on August 29, 2014; and

　　　Defendant's reply is due on September 5, 2014.

　　　The Court has determined that the hearing on the motion for bail shall be held on September 16, 2014 at 1:30 p.m.

　　　Dated this 21st day of July, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE