BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING, HEARING ON MOTION FOR BAIL PENDING APPEAL AND SURRENDER DATE |
| v. | |
| WILLIAM HUGH WEYGANDT, | DATE: September 16, 2014 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a hearing on the restitution claims and the defendant's motion for bail pending appeal was set for September 16, 2014.

2. By this stipulation, the parties move to continue the hearing on restitution and bail to September 30, 2014. Because of the proposed continuance of the hearing, they also move to continue the previously scheduled surrender date to October 7, 2014.

3. This continuance of the restitution hearing does not exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5).

4. The parties agree and stipulate that good cause exists for the continuance for the following reasons:

1

a) The parties have been in ongoing discussions regarding a potential settlement of the restitution claims in this case.  They believe that additional time to continue these discussions will be productive.

b) If the discussions ultimately fail to result in a settlement, the parties will need additional time to provide briefing to the Court regarding their respective positions on restitution.  Further, in the event that a settlement is not possible, Gulfstream requires additional time to further refine and prepare testimony regarding its claimed losses.

c) In light of the ongoing settlement discussions, of which Mr. Weygandt is an integral part, the government does not oppose a delayed surrender date.

IT IS SO STIPULATED.

Dated:  September 12, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated:  September 12, 2014

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
WILLIAM HUGH WEYGANDT

///
///
///
///
///
///
///
///

**FINDINGS AND ORDER**

Based on the stipulation of the parties, and good cause appearing therefrom, the hearing on restitution and the defendant's motion for bail pending appeal is hereby continued to September 30, 2014 at 9:30 a.m.  The defendant's surrender date is continued to October 7, 2014.

IT IS SO FOUND AND ORDERED this 15th day of September,  2014.

                          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE