UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00429-JAM |
| Plaintiff, | ) ) | ORDER GRANTING BAIL PENDING APPEAL |
| v. | ) ) | |
| WILLIAM HUGH WEYGANDT, | ) ) | |
| Defendant. | ) | |

Having considered the briefing, declarations, and exhibits in support of defendant WILLIAM HUGH WEYGANDT's Motion for Bail Pending Appeal, filed on August 11, 2014, the government's Opposition thereto, filed on August 29, 2014, and defendant's Reply, filed on September 5, 2014, and having heard the parties' oral arguments at a hearing on September 30, 2014, the Court finds by clear and convincing evidence that:

1. defendant is not a flight risk;
2. defendant poses no danger to others or the community;
3. defendant's appeal is not for purposes of delay; and
4. defendant raises a substantial question for appeal likely to result in reversal or an order for a new trial.

For the reasons stated above the Court grants defendant's Motion for Bail Pending Appeal.

IT IS HEREBY ORDERED that:

    1.    Defendant shall remain on release on his own recognizance during the pendency of his appeal to the U.S. Court of Appeals for the Ninth Circuit (C.A. No. 14-10356).

    2.    The Court VACATES all previous orders to the extent they required defendant to surrender to the institution designated by the Bureau of Prisons or to the custody of the U.S. Marshals. Following issuance of the mandate by the Ninth Circuit on defendant's appeal, the Court shall order a new self-surrender date, if necessary, or enter another appropriate order.

SO ORDERED this 2nd day of October, 2014

                                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge