BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING |
| v. | DATE: October 7, 2014 |
| WILLIAM HUGH WEYGANDT, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a hearing on the restitution claim was set for October 7, 2014.

2. The parties have reached an agreement in principle concerning restitution. In particular, they have reached agreement as to the restitution amount, but continue to negotiate concerning matters that go to the terms of payment. By this stipulation, the parties agree to continue the hearing on restitution to October 21, 2014 at 9:30 a.m. before this Court.

3. This continuance of the restitution hearing would exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5). Accordingly, the defendant waives his rights under 18 U.S.C. § 3664(d)(5).

4. The parties agree and stipulate that good cause exists for the continuance for the following reasons:

    a) The parties have reached an agreement regarding the amount of restitution. However, the parties are in ongoing discussions regarding the nature and amount of security and the timing and amount of installment payments. They believe that additional time to continue these discussions will be productive.

    b) The parties anticipate reaching a settlement regarding an appropriate payment schedule and security. If the parties are unable to reach an agreement, they will submit briefs, not to exceed five (5) pages, by October 17, 2014, limited to these issues.

IT IS SO STIPULATED.

Dated: October 3, 2014      BENJAMIN B. WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant United States Attorney

Dated: October 3, 2014      /s/ Courtney Linn
COURTNEY LINN
Counsel for Defendant
WILLIAM HUGH WEYGANDT

///
///
///
///

**FINDINGS AND ORDER**

Based on the stipulation of the parties, and good cause appearing therefrom, the hearing on restitution is hereby continued to October 21, 2014, at 9:30 a.m.

IT IS SO ORDERED this 6th day of October, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE