BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING |
| v. | DATE: November 4, 2014 |
| WILLIAM HUGH WEYGANDT, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a hearing on the restitution claim was set for November 4, 2014.

2. The parties have reached an agreement in principle concerning restitution. The parties have exchanged a draft stipulation and proposed order but require additional time to review and gather the appropriate signatures. By this stipulation, the parties agree to continue the hearing on restitution to November 18, 2014 at 9:30 a.m. before this Court.

3. This continuance of the restitution hearing would exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5). Accordingly, the defendant waives his rights under 18 U.S.C. § 3664(d)(5).

/ / /

/ / /

1

1      4.    The parties agree and stipulate that good cause exists for the continuance for the following reasons:

    a)    The parties have reached an agreement in principle concerning restitution. The parties have exchanged a draft stipulation and proposed order but require additional time to review and gather the appropriate signatures.

IT IS SO STIPULATED.

Dated:  October 31, 2014            BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/  Michele Beckwith
                                                       MICHELE BECKWITH
                                                       Assistant United States Attorney

Dated:  October 31, 2014            /s/ Courtney Linn
                                                       COURTNEY LINN
                                                       Counsel for Defendant
                                                       WILLIAM HUGH WEYGANDT

**FINDINGS AND ORDER**

Based on the stipulation of the parties, and good cause appearing therefrom, the hearing on restitution is hereby continued to November 18, 2014, at 9:30 a.m.

IT IS SO ORDERED this 3rd day of November, 2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1