FILED

APR 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM HUGH WEYGANDT, | |
| Defendant. | |

On November 4, 2013, a unanimous jury convicted the defendant of conspiracy to commit fraud concerning aircraft parts in violation of 18 U.S.C. § 38(a). On July 8, 2014, the defendant was sentenced to serve 30 months in prison. The defendant's motion for bail pending appeal was granted, and the Court and ordered that, "[f]ollowing issuance of the mandate by the Ninth Circuit on defendant's appeal, the Court shall order a new self-surrender date, if necessary, or enter another appropriate order."

On March 9, 2017, the Ninth Circuit affirmed the defendant's conviction. It subsequently granted his request to stay issuance of the mandate pending his filing of a petition for a writ of certiorari with the Supreme Court of the United States. On April 24, 2018, the Supreme Court denied defendant's petition for a writ of certiorari and issued the mandate in this case.

///
///
///
///

1

1  Accordingly, the defendant is hereby ordered to self-surrender to the institution designated by the
2  Bureau of Prisons or to the custody of the U.S. Marshals ~~within one week of the issuance of this order~~ *for no later than 2:00 p.m. on June 20, 2018,* so
3  that he may begin serving his custodial sentence.

Date:   April 25, 2018

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE