BECKY S. JAMES, State Bar No. 151419
E-mail: bjames@jamesaa.com
RACHAEL A. ROBINSON, State Bar No. 313991
E-mail: rrobinson@jamesaa.com
JAMES & ASSOCIATES
23564 Calabasas Road
Ste. 201
Calabasas, CA 91302
Telephone: (310) 492-5104

Attorneys for Defendant
WILLIAM H. WEYGANDT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-429-JAM |
| Plaintiff, | STIPULATION TO MODIFY SCHEDULE OF RESTITUTION PAYMENTS; [PROPOSED] ORDER |
| v. | |
| WILLIAM HUGH WEYGANDT, | The Hon. John A. Mendez |
| Defendant. | |

Following sentencing in this matter, Defendant William Weygandt and Plaintiff United States of America entered into a stipulation regarding the amount of and schedule for paying restitution, which was adopted by the Court. (Doc. 363, 364.) Pursuant to that stipulation and order, the amount of restitution was set at $600,000 (the Restitution Amount), and payments were scheduled to be made in four annual installment payments of $150,000, to commence 30 days after issuance of the mandate. The defendant was also ordered to pay a $100 special assessment, (Judgment in a Criminal Case, Doc. 322), which remains unpaid.

To allow for the liquidation of assets and to facilitate payment of the special assessment and restitution, the parties, through their attorneys, hereby stipulate and agree and request that the Court amend the schedule of payments in the restitution order as follows:

Case No. 2:11-cr-429-JAM
STIPULATION TO MODIFY SCHEDULE OF RESTITUTION PAYMENTS

1. Defendant William Hugh Weygandt shall make partial payments according to the following specified intervals:
   a. The defendant shall make an initial payment of $200,100 on or before August 24, 2018.
   b. The defendant shall make a second payment of $200,000 on or before May 24, 2019.
   c. The defendant shall make a final payment of $200,000 on or before May 27, 2020.
   d. The defendant shall make his three payments in the manner stated in the accompanying order approving this stipulation. The defendant may accelerate his payment schedule without penalty and he will receive dollar-for-dollar credit for all of his accelerated payments.
2. The parties understand that the lien previously recorded by the United States in Placer County encumbers both the real property known as 1501 Aviation Boulevard, Lincoln, CA 95648 (the "Collateral"), and a second property known as 1020 B Airport Road, Lincoln, CA 95648 (the "Airport Road Property"). The United States will file a partial release of lien with respect to the Airport Road Property once escrow closes and the $200,100 first payment is paid to and processed by the Clerk of Court. The United States will retain its lien on the Collateral and will file a release of lien in Placer County once the restitution is paid in full.

///

///

///

///

3. The United States reserves all of its rights to enforce payment of the Restitution Amount and $100 special assessment if the defendant fails to comply with the payment schedule stated above.

Dated: July 26, 2018

BECKY S. JAMES
Counsel for Defendant William H. Weygandt

Dated: July 30, 2018

MCGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
Counsel for the United States

I have read the foregoing Stipulation to Modify Schedule of Restitution Payments and agree to its terms.

Dated: July 24, 2018

WILLIAM HUGH WEYGANDT
Defendant

-3- Case No. 2:11-cr-429-JAM
STIPULATION AND ORDER TO MODIFY SCHEDULE OF RESTITUTION PAYMENTS

# ORDER

The Court, having reviewed the court files and the Parties' Stipulation to Modify Schedule of Restitution Payments (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. The defendant, William Weygandt, shall pay to the United States the $100 special assessment and $600,000 restitution order as follows:

   a. $200,100.00 on or before August 24, 2018.

   b. $200,000.00 on or before May 24, 2019.

   c. $200,000.00 on or before May 27, 2020.

2. The Defendant shall make his payments payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The Defendant shall also state the docket number (Case No.: 2:11-cr-00429-JAM) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The payment amounts stated above are minimum payments; the Defendant may accelerate his payments without penalty, each for which he will receive dollar-for-dollar credit.

4. If the defendant fails to comply with the payment schedule stated above, the United States may enforce payment of the unpaid balance due at the time of his noncompliance.

IT IS SO ORDERED.

Dated: July 31, 2018

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-4-  Case No. 2:11-cr-429-JAM
STIPULATION AND ORDER TO MODIFY SCHEDULE OF RESTITUTION PAYMENTS